BOECK, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Mary G. Boeck against Alfred H. Smith and others. F. Bien, for appellants. J. Marx, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re BORUP'S PETITION. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) In the matter of the petition of John Borup for the appointment of commissioners to assess damages to his property, etc.

PER CURIAM. Motion to resettle order granted. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: "Is chapter 610 of the Laws of 1903, so far as it may be construed to make the town of Eastchester liable for damages sustained through a change of grade made prior to the enactment of that act, unconstitutional and void?"

BOSTWICK, Respondent, v. AVERY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Mary A. Bostwick against Rachel Foster Avery, impleaded with William I. Burke and Emily M. Dunton. No opinion. Judgment affirmed by default, with costs.

BOYD v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by James E. Boyd, as committee, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

In re BRADBURY. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) In the matter of the final judicial settlement of the accounts of Levi Bradbury, as executor, etc. No opinion. Motion denied.

BRADLEY et al. v. BRIDGE et al. BRADLEY, Appellant, v. MORRIS et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Actions by Peter B. Bradley and another against Charles F. Bridge and another, as receivers of the Bradley Salt Company, and by Walter H. Bradley against Edward H. Morris and others. No opinion. Judgments unanimously affirmed, with costs.

BRATT, Respondent, v. GIBBS et al., Appellant. (Supreme Court, Appellate Division, Third Department. March 29, 1905.) Action by Fred A. Bratt against Alfred C. Gibbs, Earl Kinney, and James McClarty. No opinion. Judgment and orders unanimously affirmed, with costs.

BRETERMAN et al., Respondents, v. ADLER et al., Appellants. (Supreme Court, Appellate Term. March 21, 1905.) Appeal from City Court of New York, Trial Term. Action by Charles Breterman and another against Ettie Adler and others. From a judgment in favor of plaintiffs, defendants appeal. Reversed. Benjamin Reass, for appellants. Henry Kuntz, for respondents.

BLANCHARD, J. Upon the stipulation, entered into between the parties to this action, that this appeal should be disposed of upon the record in the appeal now before us in the case of Lederer v. Adler et al., 92 N. Y. Supp. 827, the judgment and order are reversed, and a new trial ordered, with costs to the appellant to abide the event.

O'GORMAN, J., concurs.

SCOTT, J. I concur, for the reasons stated in Lederer v. Adler, 92 N. Y. Supp. 827.

In re BRISTOL. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) In the matter of the application of Warren H. Bristol for admission to the bar. No opinion. Application granted.

In re BROCK. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) In the matter of the application of Eugene H. Brock for admission to the bar. No opinion. Application granted.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) In the matter of the application of the Brooklyn Bar Association to punish James A. Murtha, Jr., an attorney. No opinion. Report of referee confirmed, and defendant suspended from practice as an attorney for the term of three years.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) In the matter of the application of the Brooklyn Bar Association to punish Eugene R. Hayne, an attorney. No opinion. Report of referee confirmed, except as to the recommendation therein contained, and defendant suspended from practice as an attorney for the term of six months.

In re BROOKLYN ELEVATED R. CO. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) In the matter of the petition of the Brooklyn Elevated Railroad Company relative to acquiring title to real estate, etc., on Myrtle avenue in the city of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

In re BROOKLYN, Q. C. & S. R. CO. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) In the matter of the application of the Brooklyn, Queens County & Suburban Railroad Company for a writ of mandamus, etc.

PER CURIAM. Reargument ordered for March 6, 1905, upon the question whether section 99 of the Railroad Law (Laws 1890, p. 1112, c. 565) does not now provide the sole limit of time for construction imposed by that statute upon street surface railroads, and does not operate to exclude them from the purview of section 5 of the same statute.